FILED

FEB 3 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Case No. 3:09-md-02087-BTM-AJB |
| FLOR E. MENDOZA and RENE MENDOZA, Plaintiffs, v. IOVATE HEALTH SCIENCES USA, INC., et al. Defendants. | Case No. 3:09-cv-02370-BTM-AJB **ORDER GRANTING EXTENSION OF TIME FOR WAL-MART STORES, INC. TO RESPOND TO COMPLAINT** |

1     The Court has considered the parties' request for an extension of time for WAL-MART
2 STORES, INC. to respond to the complaint in *Flor E. Mendoza and Rene Mendoza v. Iovate*
3 *Health Sciences USA, Inc., et al.*, and for good cause shown, the Court hereby orders that
4 Defendants shall respond to the complaint on or before February 1, 2010.

6 IT IS SO ORDERED.

7 Dated: 2-3-2010

                       The Honorable Barry T. Moskowitz